**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bienvenu Zuza,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky,<br><br>Respondent. | No. CV-26-02000-PHX-SMB<br><br>**ORDER** |

Petitioner filed this action challenging his immigration detention. (Doc. 1.) Magistrate Judge John Z. Boyle issued a Report and Recommendation that Petitioner's petition be granted to the extent that Petitioner be granted a bond hearing. The Court has reviewed the Report and Recommendation in this matter, and the Court will adopt it and grant the petition as detailed therein.

In reviewing an R&R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection" ). No objections having been filed,

**IT IS THEREFORE ORDERED** the Report and Recommendation (Doc. 14) is **accepted**.

**IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent that Petitioner shall be provided an individualized bond hearing within fourteen days after entry of judgment. The bond hearing shall comply with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), wherein the Government bears the burden of proving that Petitioner is a danger or flight risk by clear and convincing evidence. In the alternative, the Government may release Petitioner from immigration custody.

**IT IS FURTHER ORDERED** directing Respondents to file a status report with the Court regarding the bond hearing and whether the Petitioner was released within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** the Clerk shall enter judgment accordingly and terminate this action.

Dated this 11th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge